[Nos. 15863-9-II; 16779-4-II.    Division Two.    July 7, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. GLEN
JOSEPH STILES, *Appellant*.

*In the Matter of the Personal Restraint of* GLEN
JOSEPH STILES, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-1-03077-6, Thomas R. Sauriol, J., entered March 9, 1992, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Houghton, J., concurred in by Morgan, C.J., and Seinfeld, J.

[No. 16252-1-II.    Division Two.    July 7, 1994.]

G. KIRK SCOTT, ET AL, *Respondents*, v. MAGNOLIA
CONTRACTORS, INC., ET AL, *Respondents*, CENSCO, INC.,
*Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-2-08263-1, Waldo F. Stone, J., entered June 26, 1992. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Seinfeld, J., concurred in by Morgan, C.J., and Alexander, J. Case dismissed pursuant to stipulation November 10, 1994.

[No. 12881-4-III.    Division Three.    July 7, 1994.]

JAMES WESLEY LORDS, ET AL, *Respondents*, v.
NORTHERN AUTOMOTIVE CORPORATION, ET AL,
*Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 88-2-02857-0, Harold D. Clarke, J., entered November 12, 1992. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Thompson, C.J., concurred in by Munson and Schultheis, JJ. Now published at 75 Wn. App. 589.